740 A.2d 1142

**John CAPEK, Esquire, Petitioner,**

v.

**Jennifer DeVITO, Respondent.**

Supreme Court of Pennsylvania.

Dec. 1, 1999.

Paul Mark Perlstein, Robert J. Foster, Philadelphia, for petitioner.

## *ORDER*

PER CURIAM.

**AND NOW**, this 1 st day of December, 1999, the Petition for Allowance of Appeal is hereby **GRANTED** to address:

Whether the lower courts erred in awarding summary judgment precluding a lawyer the right to claim a fee under a contingency fee agreement that included the language "no recovery no fee," where the fee agreement also specifically provided for recovery of a fee under the doctrine of quantum meruit.

Justice NIGRO did not participate in the consideration or decision of this matter.